**Order filed, September 09, 2014.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-14-00488-CR
NO. 14-14-00489-CR
NO. 14-14-00490-CR
_____

**EX PARTE KERRY G. JONES, Appellant**

---

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1283328-A, 1283329-A, 1283330-A**

---

## ORDER

The reporter's record in this case was due **August 20, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Laurie Buchanan**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM